IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAHSAAN WOODS            :
                         :
    vs.                  :
                         :
DIVERSIFIED ADJUSTMENT SERVICE, INC. :         NO.   13-3585

OR D E R

**AND NOW, TO WIT:** This 11th day of February, 2014, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:   S/Eileen Adler
      Eileen Adler
      Deputy Clerk

Civ 2 (8/2000)
41(b).frm